

BEVER-LEIGH B. PENNEY
9404 Wayside Drive
Shadow Hills, CA 91040
(323) 856-2214

Plaintiff-Appellant in Pro Se

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

BEVER-LEIGH B. PENNEY,

      Plaintiff,

vs.

WELLS FARGO BANK, NA
WELLS FARGO HOME MORTGAGE
NDEX WEST, L.L.C.
STEWART LENDER SERVICES f/k/a
*STEWART MORTGAGE INFORMATION*
SHERRY DOZA
TIPI ROBERTSON
LSI TITLE COMPANY
MENGHONG BUT
RIC JUAREZ
KELLIE C. BOSWELL
JOHN DOES 1-10

      Defendants.

No.: 13-55449

D.C. No.: 2:11-cv-05567-ODW-MAN
Short Title: Bever-leigh Penney v. NDEX
      West LLC, et al
U.S. District Court for Southern California,
      Los Angeles

**BY FAX**

## APPELLANT'S MOTION FOR
## EXTENSION OF TIME TO FILE OPENING BRIEF

-1-
APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuit to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 3I-2.2(b), Plaintiff-Appellant Bever-leigh B. Penney (hereafter "Appellant") hereby requests a 90-day extension to file her Opening Brief, from November 20, 2013 to and including February 18, 2013. Appellant has moved for one (1) prior extension, from August 20, 2013 to November 18, 2013, which extension was granted.

Appellant has not filed any oral or streamlined request for any time extension.

This motion is made on the grounds that, on November 12, 2013, Ms. Penney was injured in a three (3)-car freeway collision which occurred through no fault of her own. Due to her injuries, Ms. Penney has been unable to file in Pro Se for an extension until this time.

This motion is also made on the grounds that Mr. Hannibal Penney, Jr., the co-signer as husband on the original mortgage note relating to the real property foreclosure at issue herein, recently passed away.

This motion is also made on the grounds that Appellant has been defending a related Unlawful Detainer action, as a result of which Appellant has been forced in recent weeks to engage in packing up contents of her home and undertaking efforts to find other housing. Appellant has concurrently also been prosecuting litigation against the non-bona fide alleged purchaser of her home.

Due to the press of business regarding the related cases outlined below, Appellant – who is proceeding in Pro Se in these concurrent matters even as she grieves and attends to affairs concerning Mr. Penney's death – requires more time to complete the Opening Brief.

### Ms. Penney is Currently Recovering from Freeway Car Crash Injuries

On November 12, 2013, Ms. Penney, who is acting in Pro Se herein, was rear-ended on the I-405 freeway north by a driver who reported crashing into Ms. Penney due to the fact that he was tired and fell asleep at the wheel. As a result, Ms. Penney's vehicle was hit with such violent force as to propel Ms. Penney's vehicle into the vehicle in front of hers, causing Ms. Penney to be involved in two (2) virtually simultaneous collisions, injuring Ms. Penney, and incurring damage to both the front and rear end of Ms. Penney's vehicle to such an extent that said vehicle is not estimated to be repaired and returned to Ms. Penney until November 27, 2013. Ms. Penney, who was driving alone at the time, is in pain, under a doctor's care, has been prescribed medications, and has not yet been able to return to work.

A copy of the California Highway Patrol Collision Report Information card related to the accident is attached herein as Exhibit "C".

### Mr. Penney Is Recently Deceased

Mr. Penney passed away on June 3, 2013 and was cremated on July 24, 2013, less than four (4) months prior to this date. Mr. Penney's illness, passing, and loss have taken an immeasurable toll upon Ms. Penney's time and other resources.

### Press of Business

Ms. Penney is involved in Pro Se in *Penney v. THR California LP, a Delaware Limited Partnership,* No. EC059970 (C.D. Cal. filed December 21, 2012), a litigation in opposition to the party which alleges to have purchased Appellant's real property.

Ms. Penney has also been tied up in a matter of alleged Unlawful Detainer brought by the aforesaid claimed purchaser, *THR California LP, a Delaware Limited Partnership v.*

*Penn,* No. 13H00107 (Super. Ct. Los Angeles, filed January 9, 2013). Due to a transfer of unlawful detainer actions from the Chatsworth Courthouse at 9425 Penfield Avenue, Los Angeles, CA 91311, to the Pasadena Courthouse at 300 East Walnut Street, Pasadena, CA 91101; and due to delays concerning three (3) continuances on the part of THR California LP, Ms. Penney has been hurled through a whirlwind involving six (6) judges, four (4) Order to Show Cause Hearings, multiple transfers from court to court, and innumerable trips to the Chatsworth and Pasadena Courthouses, and to the Stanley Mosk Courthouse, 111 N. Hill Street, Los Angeles, CA 90012, where the matter ultimately landed, over the course of the past few months, due to misplacement of the Court file thereto and to the concomitant lack of updating of court computer records.

The *THR v. Penn* Unlawful Detainer litigation court stated, "You had the Federal case; we're getting this over with now," despite the fact that the *THR v. Penn* Plaintiff is not, and not ever been, a party to this Federal case. On September 20, 2013, Ms. Penney filed a Notice of Motion and Ex-Parte Motion for Stay of Execution of Judgment Pending Appeal and Motion for Order to Stay Writ of Possession and To Stay Eviction in the *THR v. Penn* case. On September 20, 2013, Appellant filed a Notice of Appeal therein. On September 30, 2013, Appellant filed an Appellant's Notice Designating Record on Appeal (Limited Civil Case) therein. On October 22, 2013, Appellant filed a Proposed Statement on Appeal therein. Other oral arguments related to the filing of various motions, as well as the *THR v. Penn* trial itself, have been heard over the last several months. The above litigations have consumed, and will continue to consume, a great deal of Appellant in Pro Se's time.

Additionally, Ms. Penney has been compelled to work to disassemble her, and Mr.

Penney's, belongings, as well as to work at packing and finding a place to which to relocate.

Appellant has exercised diligence in attempting to prepare the Opening Brief in a timely manner and will have the Opening Brief filed on or before the February 18, 2014 deadline sought in this request. (Penney Decl. at ¶ 11.)

Appellee Wells Fargo has indicated through counsel that it agrees to an extension if all other parties agree. Appellees NDEX West LLC, LSI Title Company, Ric Juarez, Kellie C. Boswell, and Menghong But have indicated through counsel that they do not have a position on an extension. Appellee Stewart Lender Services has indicated through counsel that it opposes an extension.

Ms. Penney has been working through a series of time-consuming circumstances and unfortunate events, and is anticipated to undergo physical therapy to overcome her injuries from the freeway collision in which she was involved.

Due to the foregoing, Appellant is in substantial need of an extension of time to file Appellant's Opening Brief.

To Appellant's knowledge, the court reporter is not in default with regard to any designated transcript. Appellant has received verbal telephonic notice from the court reporter, Katie Thibodeaux, that the designated transcript was timely filed. Appellant has also received written notice that the designated transcript was timely filed. (Decl. of Bever-leigh B. Penney, Exhibit "A" and Exhibit "B".)

DATED: November 17, 2013

Respectfully submitted,

*/s/ Bever-leigh B. Penney*
Bever-leigh B. Penney,
Plaintiff-Appellant in Pro Se

-5-
APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

# CERTIFICATE OF SERVICE

Case Name: Bever-leigh B. Penney v. NDEX West LLC, et al

No.: 13-55449

9th Circuit Case No.: 2:11-cv-05567-ODW-MAN

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Appellant's Motion for Extension of Time to File Opening Brief has been furnished by Certified U.S. Mail to: Wells Fargo Bank, NA and Wells Fargo Home Mortgage, c/o Severson & Werson, ATTN: Jan T. Chilton, One Embarcadero Center, Suite 2600, San Francisco, CA 94111; and to NDEX West, LLC, Ric Juarez, Kellie C. Boswell, LSI Title Company and Menghong But, c/o Barrett Daffin Frappier Treder and Weiss, LLP, ATTN: Mr. Edward Treder, 20955 Pathfinder Road, Suite 300, Diamond Bar, CA 91765; and to Stewart Lender Services, c/o Garrett & Tully, P.C., ATTN: Jennifer Slater, 225 South Lake Avenue, Suite 1400; and to Ms. Sherry Doza, c/o Mr. Gary Conway, 7418 Bull Creek Road, Houston, TX 77095; this 18th day of November, 2013.

DATE: November 18, 2013

Bever-leigh B. Penney,
Plaintiff-Appellant in Pro Se

RECEIVED
OFFICE OF THE CLERK
U.S. COURT OF APPEALS

2013 NOV 18 PM 2:54

FILED _____
DOCKETED _____
         DATE   INITIAL

BEVER-LEIGH B. PENNEY
9404 Wayside Drive
Shadow Hills, CA 91040
(323) 856-2214

Plaintiff-Appellant in Pro Se

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BEVER-LEIGH B. PENNEY,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NA<br>WELLS FARGO HOME MORTGAGE<br>NDEX WEST, L.L.C.<br>STEWART LENDER SERVICES f/k/a<br>*STEWART MORTGAGE INFORMATION*<br>SHERRY DOZA<br>TIPI ROBERTSON<br>LSI TITLE COMPANY<br>MENGHONG BUT<br>RIC JUAREZ<br>KELLIE C. BOSWELL<br>JOHN DOES 1-10<br><br>Defendants. | No.: 13-55449<br><br>D.C. No.: 2:11-cv-05567-ODW-MAN<br>Short Title: Bever-leigh Penney v. NDEX<br>West LLC, et al<br>U.S. District Court for Southern California,<br>Los Angeles<br><br><br>BY FAX |

///

///

## DECLARATION OF PLAINTIFF BEVER-LEIGH B. PENNEY

I, Bever-leigh B. Penney, declare as follows:

1
DECLARATION OF BEVER-LEIGH B. PENNEY

1. I am the Plaintiff-Appellant, in Pro Per, in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration. I can and will competently testify to such facts under oath. I make this Declaration in favor of Plaintiff-Appellant's Motion for Extension of Time to File Opening Brief.

2. The Opening Brief is currently due on November 20, 2013.

3. The Opening Brief was first due on August 20, 2013.

4. I am requesting an extension of ninety (90) days in which to file my Opening Brief, from November 20, 2013 to and including February 18, 2013.

5. The extension is necessary due to my injuries resulting from a freeway collision which took place on November 12, 2013, in which accident the vehicle I was driving was rear-ended and propelled into the car in front of me.

6. I am in pain from said injuries and under a doctor's care for said injuries.

7. My painful injuries have prevented me from being able to file this motion one full (1) week prior to the date upon which the opening brief is currently due.

8. The vehicle I was driving is being repaired, and is estimated to be returned to me on or about November 27, 2013.

9. A true and accurate copy of the California Highway Patrol Collision Report Information card related to the accident furnished to me at the scene is attached herein as Exhibit "C".

10. The extension is also necessary due to the recent death of Mr. Hannibal Penney, the co-signer as husband on the original mortgage note related to the real property foreclosure at issue in this litigation. Mr. Penney's illness, passing, and loss have taken an immeasurable toll upon my time and other resources.

11. The extension is further necessary due to my involvement in Pro Se in two (2) other pending

Superior Court of California civil litigations in which I have been, and am currently, involved, both of which are related to the matter at issue herein, and both of which have consumed, and continue to consume, copious amounts of time.

12. I have exercised diligence in attempting to prepare the Opening Brief in a timely manner and will have the Opening Brief filed on or before the February 18, 2013 deadline sought in my request for an extension of time in which to file.

13. Due to circumstances beyond my control, I am in substantial need of an extension of time in which to file the Opening Brief.

10. To my knowledge, the court reporter is not in default with regard to any designated transcript.

11. True and accurate copies of documents relating to the court reporter designation of transcript are attached hereto as Exhibit "A" and Exhibit "B".

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.

This Declaration was executed on November 17, 2013 at Shadow Hills, CA.

By: _____
Bever-leigh B. Penney
Plaintiff-Appellant in Pro Se

Date Transmitted:     7/10/2013 11:54:23 AM

2:11-cv-05567  Doc: 172

Bever-Leigh B Penney
9404 Wayside Drive
Shadow Hills, CA 91040

Number of Pages:     0

It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.

MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:11-cv-05567-ODW-MAN Bever-Leigh B Penney v. NDeX West LLC et al Notice of Filing Transcript
Content-Type: text/html
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered on 7/10/2013 at 11:33 AM PDT and filed on 7/10/2013

Case Name:
Bever-Leigh B Penney v. NDeX West LLC et al
Case Number:2:11-cv-05567-ODW-MAN

Filer:
WARNING: CASE CLOSED on 02/13/2013

Document Number:

172(No document attached)

Docket Text:

NOTICE OF FILING TRANSCRIPT filed for proceedings 01-28-2013 1:40 p.m. re
Transcript [171]   THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY.(Duvall, Richard) TEXT ONLY ENTRY

2:11-cv-05567-ODW-MAN Notice has been electronically mailed to:

Edward           D Vaisbort
&nbsp &nbsp vaisbort@litchfieldcavo.com, gonzales@litchfieldcavo.com, harmon@litchfieldcavo.com, james@litchfieldcavo.com

Jennifer         Renee Slater
&nbsp &nbsp jslater@garrett-tully.com, sescalante@garrett-tully.com

Keith            M Parker
&nbsp &nbsp kmp@keithparkermediation.com

Tammy            Chow Weaver
&nbsp &nbsp tweaver@colepedroza.com, tassistant@garrett-tully.com

2:11-cv-05567-ODW-MAN Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :


Bever-Leigh B Penney
9404 Wayside Drive
Shadow Hills, CA 91040

Masumi          Jagdish Patel

Barrett Daffin Frappiker Treder & Weiss LLP
20955 Pathfinder Road   Suite 300
Diamond Bar, CA 91765

Case: 13-55449    11/18/2013    ID: 8870065    DktEntry: 13    Page: 15 of 19

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | FOR COURT USE ONLY<br>DUE DATE: |

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

| 1. NAME<br>BEVER-LEIGH B. PENNEY | 2. PHONE NUMBER<br>323-856-2214 | 3. DATE<br>April 11, 2013 | |
|---|---|---|---|
| 4. FIRM NAME: Plaintiff In Pro Se | 5. E-MAIL ADDRESS: | | |
| 6. MAILING ADDRESS<br>9404 Wayside Drive | 7. CITY<br>Shadow Hills | 8. STATE<br>CA | 9. ZIP CODE<br>91040 |
| 10. CASE NUMBER<br>2:11-cv-05567-ODW-MAN | 11. CASE NAME<br>Bever-leigh B. Penney v. NDeX West LLC et al | 12. JUDGE<br>Otis D. Wright II | |
| 13. APPEAL CASE NUMBER<br>13-55449 | 14. ORDER FOR  ☑ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER | | |

**15. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 01/28/2013 | Katie Thibodeaux | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☑ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

**16. ORDER:** IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☑ | PAPER COPY | ☑ |
| 14 DAYS | ☐ | PDF FORMAT | ☐ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | 19. Transcription agency for digitally recorded proceedings: --- | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

17. DATE:  4/11/13

18. SIGNATURE:

20. Month:       Day:       Year:
Transcript payment arrangements were made with:
NAME OF OFFICIAL:  Katie E. Thibodeaux
Payment of estimated transcript fees were sent on the following date:
Month:  April       Day: 11       Year: 2013

G-120 (09/12)

10
DECLARATION OF BEVER-LEIGH B. PENNEY

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**COLLISION REPORT INFORMATION**
CHP 418 (Rev. 9-05) OPI 065

CALIFORNIA HIGHWAY PATROL
WESTMINSTER AREA
13200 GOLDEN WEST STREET
WESTMINSTER, CA 92683
(714) 892-4426

| DATE | TIME |
|---|---|
| 11-12-13 | 1445 |

| NCIC NUMBER | OFFICER'S I.D. NUMBER |
|---|---|
| 9670 | 13326 |

YOUR VEHICLE WAS REMOVED TO:

Name: B&D TOW    # (714) 835-9910

A copy of the collision report can be obtained from the address above and will normally be available within eight working days from the date of the collision. A request by mail is preferred and must include: date, time, NCIC number, and Officer's I.D. number printed above. The certification for purchase information (see reverse) must also be completed, signed and attached to your written request with your check for payment. Make your personal check or money order payable to the California Highway Patrol (CHP) for $10.00.

Reports may also be obtained in person during the office hours stamped above. Please call to determine if the report is ready. In the event the cost exceeds $10.00, you will be notified. Reports are retained 4 years.

## CERTIFICATE OF SERVICE

Case Name:  Bever-leigh B. Penney v. NDEX West LLC, et al

No.: 13-55449

9th Circuit Case No.: 2:11-cv-05567-ODW-MAN

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Appellant's Motion for Extension of Time to File Opening Brief has been furnished by Certified U.S. Mail to: Wells Fargo Bank, NA and Wells Fargo Home Mortgage, c/o Severson & Werson, A Professional Corporation, ATTN: Ms. Elizabeth H. Andrews, One Embarcadero Center, Suite 2600, San Francisco, CA 94111; and to Wells Fargo Bank, NA and Wells Fargo Home Mortgage, c/o Litchfield Cavo, Mr. Edward D. Vaisbort, 245 S. Los Robles Avenue, Suite 450, Pasadena, CA 91101-3638; and to NDEX West, LLC, Ric Juarez, Kellie C. Boswell, LSI Title Company and Menghong But, c/o Barrett Daffin Frappier Treder and Weiss, LLP, ATTN: Mr. Edward Treder, 20955 Pathfinder Road, Suite 300, Diamond Bar, CA 91765; and to Stewart Lender Services, c/o Garrett & Tully, P.C., ATTN: Jennifer Slater, 225 South Lake Avenue, Suite 1400; and to Ms. Sherry Doza, c/o Mr. Gary Conway, 7418 Bull Creek Road, Houston, TX 77095; this 18th day of November, 2013.

DATE: November 18, 2013

_____
Bever-leigh B. Penney, Plaintiff in Pro Per